

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

March 10, 2026

**BY ECF**

Magistrate Judge Gary Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

     Re:    USA v. Ibrahim Kayumi
            Case No.: 1:26-mj-00701-UA
            <u>Southern District of New York</u>

Dear Judge Stein:

     I was retained for the limited purpose of representing Mr. Kayumi at his initial appearance and detention hearing before the Court.

     As I was retained after the initial appearance and detention hearing had already taken place, I respectfully request permission to withdraw as counsel of record in this matter.

     I have spoken with attorney Michael Arthur of the Federal Defenders of New York, and he has agreed to continue the representation. I have also notified the Government of my request to withdraw.

     Thank you for your consideration.

                     Sincerely,
                  **Spodek Law Group P.C.**
                   /S/ Todd A. Spodek

cc:    Ibrahim Kayumi (By U.S. Mail).
       All Counsel of Record (By Email).