# Federal Defenders
## OF NEW YORK, INC.

Southern District
~~uane~~ Street, 10th Floor
New York, NY 10007
) Fax: (212) 571-0392

**APPLICATION GRANTED
SO ORDERED** *Ner Ka*
**VERNON S. BRODERICK
U.S.D.J.** 06/05/2026

The status conference scheduled for June 16, 2026 is hereby adjourned to August 18, 2026 at 11:00 a.m. The adjournment is necessary to permit the Government to continue their production of discovery and to allow the Defense to review the voluminous discovery with the Defendants in this case. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between June 16, 2026 and August 18, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**By ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Emir Balat & Ibrahim Kayumi**
       **26-Cr-131 (VSB)**

Dear Judge Broderick:

We represent Ibrahim Kayumi in the above-captioned matter. We write to request that the Court adjourn the upcoming status conference by approximately sixty days. Counsel for Emir Balat, Sabrina Shroff, joins in this request. The government consents to the adjournment.

Mr. Kayumi and Mr. Balat are teenagers who are charged with, among other counts, use of a weapon of mass destruction. They were arrested in February, detained, and arraigned before the Court on April 15. A status conference is scheduled for June 16.

We received the government's first discovery production on May 19. That production included nearly two terabytes of materials, including cell phone extractions, ESI, and over three hundred videos. We understand that the government may produce further search warrant returns, including several more extractions from other electronic devices.

Given the large volume of discovery, Mr. Kayumi's age, his substantial sentencing exposure, and the limited access he has to review discovery while detained at the MDC, we require more time to review the discovery with Mr. Kayumi in order to provide constitutionally effective assistance. Ms. Shroff joins in the request as to Mr. Balat for the same reasons.

Accordingly, we request that the Court adjourn the upcoming conference to the week of August 17. We consent to the exclusion of time until the next conference date.

Sincerely,

Michael Arthus
Marisa Cabrera
Assistant Federal Defenders
212-417-8760

cc. (by ECF): Counsel of Record