Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 14, 2026

**By ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Emir Balat & Ibrahim Kayumi**
**26-Cr-131 (VSB)**

Dear Judge Broderick:

We represent Ibrahim Kayumi in the above-captioned matter. We write to request that the Court adjourn the upcoming status conference by approximately sixty days. Counsel for Emir Balat, Sabrina Shroff, joins in this request. The government does not object.

We have been working diligently to prepare a defense. The government produced approximately two terabytes of discovery in May, and another two terabytes of discovery last month. That discovery consists of hours of video, countless law enforcement reports and records, scientific reports, and extractions from multiple cell phones, laptops, and hard drives. We require additional time to review the government's voluminous discovery productions, discuss the contents with our incarcerated clients, and determine which motions we anticipate filing.

Accordingly, we ask that the Court adjourn the upcoming conference to October 27, October 29, or November 6. If those dates are inconvenient, we can provide additional availability. We consent to the exclusion of time until the next conference date. The government has asked to note that it anticipates not consenting to future adjournments, and anticipates requesting a motion and trial schedule be set at the next conference.

Sincerely,

Michael Arthus
Marisa Cabrera
Assistant Federal Defenders
212-417-8760

cc. (by ECF): Counsel of Record